

800 N. West Street
Wilmington, Delaware, 19801
Main: 302.527.9378

R Touhey Myer
tmyer@kratzandbarry.com
Direct: 215.260.3969

October 4, 2023

**Via CM/ECF**

The Honorable Mitchell S. Goldberg
Judge, United States District Court
  for the Eastern District of Pennsylvania
601 Market Street, Room 17614
Philadelphia, PA 19106

    Re:    **Azurity Pharmaceuticals, Inc. v. Aurobindo Pharma Ltd., et al.
C.A. No. 1:21-cv-01707-MSG (D. Del.)**

Dear Judge Goldberg:

    As Your Honor may be aware, our Firm represents the Defendants, Aurobindo Pharma Ltd. and Aurobindo Pharma USA, Inc. (collectively, "Aurobindo"), in the above-referenced matter. We write jointly with Plaintiff, Azurity Pharmaceuticals, Inc. ("Azurity"), to inform the Court that the parties believe they have resolved their disputes and anticipate submitting a proposed dismissal of the case within the next few days. Therefore, no briefing schedule is required.

    We greatly appreciate the Court's time and attention to this matter.

    Respectfully submitted,

    R TOUHEY MYER (#5939)

RTM/rec

cc:    All Counsel of Record *(via E-mail)*